# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 484 |
| | : | |
| ORDER AMENDING RULE 564 OF THE | : | CRIMINAL PROCEDURAL RULES |
| PENNSYLVANIA RULES OF CRIMINAL | : | |
| PROCEDURE | : | DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of December, 2016, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been published before adoption at 45 Pa.B. 7287 (December 26, 2015)*,* and a *Final Report* to be published with this Order:

      It is **ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the amendments to Pennsylvania Rule of Criminal Procedure 564 are adopted, in the attached form.

      This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective December 21, 2017.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.